UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROLLAND C. HANLEY JR.,<br><br>             Plaintiff,<br><br>   v.<br><br>ARROYO, et. al.,<br><br>             Defendants. | CV F- 06-1389 OWW DLB P<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DISMISSING ACTION IN ITS ENTIRETY FOR PLAINTIFF'S FAILURE TO PROSECUTE |

       Plaintiff Rolland C. Hanley, Jr. ("plaintiff") is a prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

       On April 9, 2008, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendations were to be filed within thirty days.[1] Plaintiff did not file timely objections to the Findings and Recommendations.

       In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this

---

[1] The United States Postal Service returned the Findings and Recommendations on April 17, 2008 as undeliverable. However, plaintiff has not notified the court of any change in his address. Absent such notice, service at a party's prior address is fully effective. Local Rule 83-182(f).

1  Court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the
2  Court finds the Findings and Recommendations to be supported by the record and by proper analysis.
3    Accordingly, IT IS HEREBY ORDERED that:
4    1. The Findings and Recommendations, filed April 9, 2008, is adopted in full; and
5    2. This action is dismissed in its entirety based on plaintiff's failure to prosecute.
6  IT IS SO ORDERED.
7  **Dated:   May 27, 2008**     **/s/ Oliver W. Wanger**
                UNITED STATES DISTRICT JUDGE